

ORIGINAL

FILED

06/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0311

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0311

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DANIEL BRENDAN LALLY,

    Defendant and Appellant.

FILED

JUN 11 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Daniel Brendan Lally moves this Court for appointment of counsel in his recently filed appeal. As grounds, Lally provides that he was convicted of a crime for which incarceration is a possibility and that he is financially unable to afford to retain private counsel to assist him.

Available electronic records indicate that on March 21, 2024, the Third Judicial District Court, Granite County, imposed a second sentence upon revocation for two, prior theft convictions to the Department of Corrections for concurrent five-year, unsuspended terms. The District Court's written judgment was filed on April 15, 2024.

Lally is entitled to the appointment of appellate counsel to represent him. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Lally's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. The Appellate Defender Division shall order any necessary transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division, counsel of record, and Daniel Brendan Lally personally.

DATED this 11 day of June, 2024.

For the Court,

By: _____
Chief Justice